UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

   v.

ERIC NEWTON,

       Defendant.
_____

24-CR-129-LJV-JJM
DECISION & ORDER

     1.     On March 19, 2025, the defendant, Eric Newton, pleaded guilty to counts 1 and 2 of the information charging violations of Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute methamphetamine) and Title 18, United States Code Section 922(g)(1) (felon in possession of firearms and ammunition). Docket Item 42.

     2.     On March 19, 2025, the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's pleas of guilty be accepted and that the defendant be adjudged guilty. Docket Item 44.

     3.     This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

     4.     This Court has carefully reviewed de novo Judge McCarthy's Report & Recommendation (Docket Item 44), the plea agreement (Docket Item 42), the information (Docket Item 41), a transcript of the plea proceeding (Docket Item 46), and the applicable law. This Court finds no legal or factual error in Judge McCarthy's Report

& Recommendation and therefore adopts Judge McCarthy's recommendation that the defendant's pleas of guilty be accepted and that the defendant be adjudged guilty of counts 1 and 2 of the information.

IT IS HEREBY ORDERED that this Court adopts Judge McCarthy's March 19, 2025 Report & Recommendation, Docket Item 44, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's pleas of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Eric Newton is now adjudged guilty under Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code Section 922(g)(1).

SO ORDERED.

Dated:   April 23, 2025
         Buffalo, New York

_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE